```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

PAUL PIPER, JR. and
FREEDOM PLASTICS, INC.,
a Wyoming corporation                                    PLAINTIFFS

   V.                         NO. 10-3046

PIONEER PLASTICS, LLC,
an Arkansas Limited Liability Company,
and RANDY SCOTT MAY, Individually                        DEFENDANTS

## O R D E R

Now on this 8th day of November 2010, comes on for consideration the **Joint Motion for Dismissal with Prejudice** (Doc. 25). The Court, being well and sufficiently advised, finds that the parties have settled this matter and that this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint and Amended Complaint are hereby dismissed with prejudice. All pending motions are moot. The parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

                                        /s/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE

Case 3:10-cv-03046-JLH   Document 26   Filed 11/08/10   Page 2 of 2 PageID #: 475